# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PUSH DATA LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>INTER-CONTINENTAL HOTELS GROUP, INC.,<br><br>    Defendant. | Civil Action No. 4:20-cv-785-ALM<br><br>DEMAND FOR JURY TRIAL |

## PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE

WHEREAS, Plaintiff Push Data LLC ("Plaintiff"), filed its Complaint (D.I. 1) against Defendant Inter-Continental Hotels Group, Inc. ("Defendant") on October 9, 2020;

WHEREAS, in light of the circumstances surrounding the COVID-19 pandemic, Plaintiff refrained from formally serving Defendant with the summons and Complaint, but did give Defendant notice of suit by letter with a courtesy copy of the Complaint and associated documents;

WHEREAS, Plaintiff has been attempting to work with Defendant in an effort to resolve the matter and believes this effort may still yield productive results;

WHEREAS, the impact of the COVID-19 pandemic has not yet abated;

WHEREAS, the 90-day deadline, pursuant to Fed. R. Civ. P. Rule 4(m), for service of the Complaint and summons is currently January 7, 2021;

THEREFORE, Plaintiff hereby requests that the deadline pursuant to Fed. R. Civ. P. Rule 4(m) for service of the summons and Complaint be extended by 30 days, to February 8, 2021.

- 2 -

                                      Respectfully submitted,

DATED: January 7, 2021

                                      DEVLIN LAW FIRM LLC

                                      */s/Timothy Devlin*
                                      Timothy Devlin
                                      tdevlin@devlinlawfirm.com
                                      1526 Gilpin Ave.
                                      Wilmington, Delaware 19806
                                      Telephone: (302) 449-9010
                                      Facsimile: (302) 353-4251

                                      *Attorneys for Plaintiff*
                                      *Push Data LLC*

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                        */s/ Timothy Devlin*
                                        Timothy Devlin