# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| PUSH DATA LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTER-CONTINENTAL HOTELS GROUP, INC., <br><br> Defendant. | Civil Action No. 4:20-cv-785-ALM <br><br> DEMAND FOR JURY TRIAL |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND SERVICE DEADLINE

Upon consideration of the Motion to Extend Service Deadline:

IT IS ORDERED that the motion is granted, and the new deadline for service of summons and Complaint is **February 8, 2021**.