IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PUSH DATA LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SIX CONTINENTS HOTELS, INC., d.b.a.<br>IHG Hotels & Resorts,<br><br>　　　　　Defendant. | Civil Action No. 4:20-cv-00785-ALM<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Plaintiff Push Data LLC and Defendant Six Continents Hotels, Inc., d.b.a. IHG Hotels & Resorts' Unopposed Motion to Stay All Deadlines and Notice of Settlement (Dkt. #13). After considering the same, the Court is of the opinion that the motion should be **GRANTED** and hereby **ORDERS** that all proceedings and deadlines be stayed for thirty (30) days.

**IT IS SO ORDERED.**
**SIGNED** this 5th day of May, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE